# United States Court of Appeals

## For the Eighth Circuit

_____

No. 14-2041

_____

Joaquin Ramon Guevara-Ascencio

*Petitioner*

v.

Eric H. Holder, Jr., Attorney General of the United States

*Respondent*

_____

Petition for Review of an Order of the
Board of Immigration Appeals

_____

Submitted: February 12, 2015
Filed: February 20, 2015
[Unpublished]

_____

Before LOKEN, COLLOTON, and KELLY, Circuit Judges.

_____

PER CURIAM.

El Salvadoran citizen Joaquin Ramon Guevara-Ascencio failed to appear for a deportation hearing in 1994, and an order was issued in absentia for his deportation. In 2012, Guevara-Ascencio sought to reopen the matter, claiming that he had not received notice of the deportation hearing, and arguing that he was eligible for asylum. The Immigration Judge denied relief, and the Board of Immigration Appeals

dismissed.  After careful review, we find no abuse of discretion.  See Kanyi v. Gonzales, 406 F.3d 1087, 1089-90 (8th Cir. 2005) (standard of review).  The record before the Immigration Judge and the Board of Immigration Appeals contains evidence giving rise to a strong presumption that the hearing notice was delivered to Guevara-Ascencio by certified mail, and he has not rebutted that presumption.  He also failed to present any previously unavailable evidence of changed country conditions for purposes of reopening asylum proceedings.  See Li Yun Lin v. Mukasey, 526 F.3d 1164, 1165 (8th Cir. 2008) (standard of review).

Accordingly, we deny the petition.

_____